Riley A. PENDERGRAFT and Joyce E. Pendergraft, Plaintiffs–Appellees,

v.

UNITED STATES, Defendant–Appellant.

No. 2011–5070.

United States Court of Appeals,
Federal Circuit.

April 27, 2011.

Anthony Diosdi, Moskowitz & Ciu, LLP, San Francisco, CA, for Plaintiffs–Appellees.

Carl D. Wasserman, Department of Justice, Washington, DC, for Defendant–Appellant.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).